Approved:  _____
           REBECCA T. DELL
           Assistant United States Attorney          **21 MAG 2855**

Before:    HONORABLE BARBARA MOSES
           United States Magistrate Judge
           Southern District of New York

- - - - - - - - - - - - - - - - - X
                                  :   **SEALED COMPLAINT**
UNITED STATES OF AMERICA          :
                                  :   Violations of
     - v. -                       :   18 U.S.C.
                                  :   §§ 2251(a), (e);
NOELIA MARIE DAVILA,              :   and 2
                                  :
               Defendant.         :   COUNTY OF OFFENSE:
                                  :   NEW HAVEN
- - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

ANTHONY SANTILLI, being duly sworn, deposes and says that he is a Task Force Officer with Homeland Security Investigations ("HSI") and a Detective with the New York City Police Department ("NYPD"), and charges as follows:

**COUNT ONE**
(Sexual Exploitation of a Child)

1. From on or about November 9, 2020 to on or about November 10, 2020, in the District of Connecticut and elsewhere, NOELIA MARIE DAVILA, the defendant, knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, to wit, DAVILA filmed herself with her cellular phone while she performed

oral sex on two minor victims and transmitted such videos to another person.

(Title 18, United States Code, Sections 2251(a), (e), and 2.)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Task Force Officer with HSI and a NYPD Detective, and I have been personally involved in the investigation of this matter. I base this affidavit on that experience, on my conversations with other law enforcement officials, and on my examination of various reports and records. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Since in or around July 2020, HSI and NYPD have been conducting a child exploitation investigation in which a user purporting to be a female ("User-1") on a messaging service ("Messaging Service-1") contacts young women and asks them whether they would like a "job" sending sexually explicit messages and images to another user purporting to be a male ("User-2") on a different messaging service ("Messaging Service-2"). User-1 states that User-2 "just fired a girl" and that the young women will be paid for the "job." During the course of the "job," HSI and NYPD have learned that several women sent images containing child pornography to User-2 on Messaging Service-2. On or about December 22, 2020, a co-conspirator ("CC-1") of NOELIA MARIE DAVILA, the defendant, was arrested on the basis of a complaint which alleged, among other things, that CC-1 was User-1.

4. Based on my participation in this investigation, I have learned, in sum and substance, the following:

    a. On or about January 19, 2021, the Honorable Stewart D. Aaron, United States Magistrate Judge, Southern District of New York, signed a search warrant to search the User-1 account for the time period September 17, 2020 through January 19, 2021 and the User-2 account for the time period of August 12, 2020 through January 19, 2021 (the "User-1 and User-2 Warrant").

    b. On or about December 21, 2020, the Honorable Christian F. Hummel, United States Magistrate Judge, Northern

2

District of New York, signed a premises search warrant (the "Premises Search Warrant") for CC-1's residence.

       c. On or about December 22, 2020, law enforcement officers executed the Premises Search Warrant and seized from CC-1, among other things, a white phone (the "CC-1 Phone").

       d. Based on my review of records obtained from Messaging Service-1 and publicly available records from Messaging Service-1, I have learned that a particular account is registered in the name of "Noelia Mariee" (the "Noelia Account") and that the Noelia Account contains a photograph of the female user (the "Noelia Account Photograph").

   5. Based on my review of returns from the User-1 and User-2 Warrant, I have learned the following, in substance and in part:

       a. On or about November 5, 2020, at approximately 1:14 p.m., User-1 contacted the Noelia Account on Messaging Service-1 and asked the Noelia Account if she "need[ed] that job" because "he just fired a girl!" User-1 stated that she gets "$600 ever Friday" to text someone. The Noelia Account did not respond.

       b. On or about November 9, 2020, at approximately 11:12 a.m., the Noelia Account contacted User-1. The Noelia Account said she was interested and, per User-1's instructions, downloaded Messaging Service-2. In response, User-1 told the Noelia Account to contact User-2 on Messaging Service-2. The Noelia Account stated that User-2 had asked the Noelia Account to ask User-1 about "personal videos." In response, User-1 asked for the Noelia Account's phone number so they could text. At approximately 1:03 p.m., the Noelia Account provided a particular cellphone number (the "Noelia Number").

   6. Based on my review of records provided by a service provider, I have learned that the Noelia Number was subscribed to "Noelia Davila" between on or about September 28, 2020 and on or about November 10, 2020.

   7. Based on my review of text messages and videos recovered from the CC-1 Phone, I have learned the following, in substance and in part:

       a. On or about November 9, 2020, at approximately 1:04 p.m., the user of the CC-1 Phone texted the Noelia Number and stated, in sum and substance, that it was User-1. During the conversation, the Noelia Number stated that User-2 had asked for

3

"babysitting" videos.  In response, the Noelia Number told User-1 that "my son not gone be in that video." User-1 told the Noelia Number: "Tell him you want more bread cause it's to lil especially if you using your kid."  The Noelia Number responded: "What am I supposed to do in the video though."  User-1 stated that she had done "babysitting" videos before and explained: "you basically gotta be naughty play with boobs and I even had to pretend like I was breast feeding him ☺."  At approximately 1:44 p.m., the Noelia Number stated: "He fired me cause I can't send a babysitter video."

       b.  At approximately 2:03 p.m., the Noelia Number stated: "Iigh I got a kid.  Help meee.  What do I do." User-1 responded: "He'll tell you exactly what to do." At approximately 3:24 pm, the Noelia Number asked: "What he means oral."  At approximately 3:52 p.m., the Noelia Number asked how long it would take for User-2 to send money, and, at approximately 4:50 p.m., the Noelia Number complained: "I want my bread tho I did mad shit."

       c.  Approximately three videos were recovered from the CC-1 Phone with file created dates between approximately 3:29 p.m. and approximately 3:39 p.m. on about November 9, 2020, and, on those videos, a female ("Female-1") performed oral sex on an infant (the "Infant Victim") while they were lying on a bed with yellow, orange, and pink pillowcases (the "Infant Victim Videos").

       d.  On or about November 9, 2020, at approximately 5:32 p.m., the Noelia Number complained further to User-1: "He being a dick telling me I owe him a video with my son or he not paying. I said send half now and I go get him."  At approximately 10:31 pm, User-1 responded: "be careful he upset cause he said you wasted his time.  Talking about one of his girls going to expose you."  At approximately 10:33 pm, the Noelia Number stated: "I'll fix this."  The Noelia Number repeated several times that she just wants to "fix this and stop."  At approximately 11:27 p.m., the Noelia Number stated: "He telling me tell my son suck by nipple my son not old enough to understand."  At approximately 11:39 p.m., User-1 told the Noelia Number that User-2 had asked her to post the Noelia Number's videos.  At approximately 11:40 p.m., User-1 further stated: "I'm not losing my job for you so sorry but I gotta violate."  In response, at approximately 11:41 p.m., the Noelia Number said to User-1: "I'll do it.  I'll fix this please give me a chance."  At approximately 11:44 p.m., the Noelia Number told User-1: "He told me I can fix this.  Please don't post it.  I'm going to fix this."

4

        e.  Approximately four videos were recovered from the CC-1 Phone with file created between approximately 12:44 a.m. and approximately 1:04 a.m. on or about November 10, 2020, and, on those videos, a female ("Female-2") performs oral sex on an toddler (the "Toddler Victim") while they were lying on a bed with the same yellow, orange, and pink pillowcases described supra ¶ 6(c) (the "Toddler Victim Videos").

        f.  Based on my review of the Infant Victim Videos and the Toddler Victim Videos and the similarity of the pillowcases in the videos and the physical resemblance between Female-1 and Female-2, I believe that Female-1 and Female-2 are the same person.

8.  Based on my review of records from the department of motor vehicles ("DMV"), I learned that NOELIA MARIE DAVILA, the defendant, is 19 years old.  I have also obtained a photograph of DAVILA from approximately 2013 (the "Noelia DMV Photograph").

9. Based on the foregoing, including my review of photographs and records from the Noelia Account, my review of the Infant Victims Videos and the Toddler Victim Videos, my review of communications on the CC-1 Phone, and my review of the Noelia DMV Photograph, I believe that NOELIA MARIE DAVILA, the defendant, is Female-1 and Female-2.

WHEREFORE, the deponent respectfully requests that a warrant be issued for the arrest of NOELIA MARIE DAVILA, the defendant, and that she be arrested, and imprisoned or bailed, as the case may be.

s/ Anthony Santilli by the Court with permission
_____
ANTHONY SANTILLI
Task Force Officer
Homeland Security Investigations

Sworn to me through the transmission of this
Affidavit by reliable electronic means, pursuant to
Federal Rules of Criminal Procedure 41(d)(3) and 4.1,
this 12 day of March, 2021

_____
HONORABLE BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK