UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

NOELIA MARIE DAVILA Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELE CONFERENCE**

-CR-   ( )( )

21 MAG 2855

Defendant __NOELIA MARIE DAVILA__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

✓ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

X Bail/Detention Hearing

___ Conference Before a Judicial Officer

S/ Noelia Marie Davila/otw
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Noelia Marie Davila
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Richard B. Lind
_____
Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

_____ 4-16-2021
Date

_____
Ona T. Wang
United States Magistrate Judge